UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ENS ASSOCIATES INVESTMENTS, LLC, a California corporation; BARRITA CORPORATION, a California corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case Nos.: 13-CV-05028-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for March 5, 2014, as required by Civil Local Rule 16-10(d). Accordingly, the parties are hereby ORDERED to file one Joint Case Management Statement by Friday, February 28, 2014 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: February 27, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge